**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**DELTA DIVISION**

**STEWART GILBERT,**
**ADC # 121590**                                                                  **PLAINTIFF**

**v.**                                    **Case No. 2:19-cv-00135-KGB-JTR**

**JAMES DYCUS, Warden,**
**Brickeys Max Unit, ADC,** *et al.*                                **DEFENDANTS**

## <u>JUDGMENT</u>

Pursuant to the Order entered on this date, it is considered, ordered, and adjudged that plaintiff Stewart Gilbert's complaint is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment would not be taken in good faith.

It is so adjudged this 28th day of September, 2020.

_____
Kristine G. Baker
United States District Judge